Destiny CULVER, by her next friend David ANDREWS, and David A. Andrews, Respondents,

v.

Carol CULVER, Appellant.

No. 69921.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 25, 1997.

Michael A. Forst, St. Louis, for appellant.

William B. Gillespie, Clayton, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Mother appeals the judgment modifying a paternity decree and transferring custody of the child to father. We affirm. The judgment is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).